Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−14599−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard M Popan                                       Denise A Popan
   2513 Hiering Rd                                       2513 Hiering Rd
   Toms River, NJ 08753                         Toms River, NJ 08753

Social Security No.:
   xxx−xx−9268                                               xxx−xx−3110

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 4/12/2018 in the amount of $ 100.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 4/27/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 4/27/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: May 7, 2018
Time: 10:00 a.m.
Location: Courtroom 8
Address:   Clarkson S. Fisher Courthouse
               402 East State Street
               Trenton, NJ 08608−1507

Dated: April 13, 2018
JAN: wir

                                                        Michael B. Kaplan
                                                    United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Richard M Popan  
Denise A Popan  
    Debtors

Case No. 18-14599-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 13, 2018  
                        Form ID: oscmlfee    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.  
db/jdb      +Richard M Popan,   Denise A Popan,   2513 Hiering Rd,   Toms River, NJ 08753-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 22:13:22    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                                                                                                                                     TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:  
          Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
          David Jerome Witherspoon    on behalf of Joint Debtor Denise A Popan daveslaw321@gmail.com,   prissycatina@yahoo.com  
          David Jerome Witherspoon    on behalf of Debtor Richard M Popan daveslaw321@gmail.com,   prissycatina@yahoo.com  
          Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                                                                                                                                               TOTAL: 5