UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

David Witherspoon
Attorney At Law
10 Hill Street-Suite 20Y
Newark, NJ 07102
973-991-0736

Order Filed on June 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard M Popan
Denise A Popan

Case No.:    18-14599

Chapter:    7

Judge:    Michael B Kaplan

# ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; the Court having considered any objections filed; and for good cause shown; it is

ORDERED that the case is reinstated effective as of the date of this order. The order dismissing this case dated _____4/30/2018_____, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows.  Creditors and/or parties in interest have:

1.     until the original deadline fixed by the Court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2.     until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3.     until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the Meeting of Creditors has not been concluded, the debtor must contact the case trustee to schedule a new date.

IT IS FURTHER ORDERED that if this is a Chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

IT IS FURTHER ORDERED that the debtor must, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file Local Form *Certification of Service*. This Order will be effective as to such parties only upon service in accordance with this Order.

*new.1/15/18*

United States Bankruptcy Court
District of New Jersey

In re:
Richard M Popan
Denise A Popan
    Debtors

Case No. 18-14599-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Jun 13, 2018
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db/jdb        +Richard M Popan,   Denise A Popan,   2513 Hiering Rd,   Toms River, NJ 08753-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
       Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
        BSharer@SharerPBS.com;nj83@ecfcbis.com
       Barry R. Sharer     CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
       David Jerome Witherspoon    on behalf of Joint Debtor Denise A Popan daveslaw321@gmail.com,
        prissycatina@yahoo.com
       David Jerome Witherspoon    on behalf of Debtor Richard M Popan daveslaw321@gmail.com,
        prissycatina@yahoo.com
       Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
        Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
        Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Melissa S DiCerbo    on behalf of Creditor    Reverse Mortgage Funding LLC nj-ecfmail@mwc-law.com,
        nj-ecfmail@ecf.courtdrive.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                           TOTAL: 7