Form oscmlfee – oscmlfeev27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.: 18−14599−MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Richard M Popan                           Denise A Popan
   2513 Hiering Rd                             2513 Hiering Rd
   Toms River, NJ 08753                     Toms River, NJ 08753

Social Security No.:
   xxx−xx−9268                                   xxx−xx−3110

Employer's Tax I.D. No.:

---

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 6/12/2018 in the amount of $ 100.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 7/27/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 7/27/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: August 8, 2018
Time: 10:00 a.m.
Location: Courtroom 8
  Address:    Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608−1507


Dated: July 13, 2018
JAN: wir

                                            <u>Michael B. Kaplan</u>
                                            United States Bankruptcy Judge