Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 18–14599–MBK
> Chapter: 7
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard M Popan　　　　　　　　　　　　　Denise A Popan
2513 Hiering Rd　　　　　　　　　　　　　　2513 Hiering Rd
Toms River, NJ 08753　　　　　　　　　　　Toms River, NJ 08753

Social Security No.:
　xxx–xx–9268　　　　　　　　　　　　　　xxx–xx–3110

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 10, 2018　　　　　　　Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court